# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                                                                          **PLAINTIFF**

**VS.**                                                **4:22-CV-00691-BRW**

**ALEX GUYNN, Circuit Judge,** *ET AL.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of August, 2022.


                                            Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE